# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
OCT 0 1 2015

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>ARMANDO PEREZ-GONZALEZ (2),<br><br>　　　　　　　　　Defendant. | CASE NO. 15CR2196-JLS<br><br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice;

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

　　21:952 and 960; 18:2 - Importation of Heroin; Aiding and Abetting

　　21:952 and 960; 18:2 -Importation of Methamphetamine; Aiding&Abetting

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/29/15

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　David H. Bartick
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge